# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. LIBERTI,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1504 |
| v. | : | (JUDGE MANNION) |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security** | : : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn, **(Doc. 16)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claims for DIB and SSI benefits, **(Doc. 1)**, is **DENIED**;

**(3)** th decision of the Commissioner is **AFFIRMED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 10, 2019**
16-1504-01-ORDER.wpd